JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Robyn Castello, | ) | 2:10-cv-04622-JHN-SHx |
| | ) | |
| Plaintiff(s), | ) | ORDER ACKNOWLEDGING |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| | ) | |
| Jeffco Investments et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court has been advised by counsel for plaintiff that this action has been settled. It is not necessary for the action to remain on the calendar of the Court. Any pending court dates/deadlines are hereby VACATED.

IT IS ORDERED that the Court retains complete jurisdiction for 60 days for the filing of a dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: October 28, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE