# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN CASTELLO,<br><br>　　　Plaintiff<br><br>vs.<br><br>JEFFCO INVESTMENTS;<br>HOWARD PHILLIPS; and,<br>KAREN GUTIERREZ,<br><br>　　　Defendants. | Case No. 2:10-cv-04622-JHN-SHx<br><br>ORDER SETTING THE AMOUNT OF ATTORNEYS' FEES AND COSTS TO BE PAID BY DEFENDANTS AND DISMISSING ACTION WITH PREJUDICE, SUBJECT TO THE CONSENT DECREE AND FINAL ORDER ISSUED ON NOVEMBER 16, 2010 |

Based upon the parties' joint application and stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that defendants shall issue and deliver a check to Brancart & Brancart in the amount of $19,316.52, in resolution of plaintiff's claims for attorneys' fees and costs, pursuant to the consent decree entered in this action (Document 12). This payment shall be delivered to Brancart & Brancart no later than February 1, 2011.

With all of the claims in this action now resolved, this action shall be dismissed in its entirety, with prejudice, subject to the terms of the consent decree and final order executed by the parties and entered by the Court in this matter.

IT IS SO ORDERED.

Dated: January 11, 2011

_____
Honorable Jacqueline H. Nguyen
United States District Judge